# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOPIA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-01821-MN-CJB |
| ) | |
| EGNYTE, INC., ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## **PROPOSED ORDER**

Having considered Defendant's Motion for Judgment on the Pleadings Under Rule 12(c) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED this _____ day of _____, 2022, that the Motion is GRANTED, and Plaintiff's Complaint is dismissed.

_____
United States District Judge