# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| TOPIA TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1821-CJB |
| | ) |
| v. | ) |
| | ) |
| EGNYTE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF TOPIA TECHNOLOGY, INC.'S
## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a) and the Court's oral ruling at the Section 101 Day Motion Hearing held on December 20, 2022 (*see* Tr. of Dec. 20, 2022 Hr'g, at 221:21–222:11), Plaintiff Topia Technology, Inc. ("Topia") moves for leave to amend the Complaint (D.I. 1). The bases for Topia's motion are set out in its letter brief, filed contemporaneously herewith.

|  |  |
|---|---|
| | /s/ Kelly E. Farnan |
| | Kelly E. Farnan (#4395) |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
| | One Rodney Square |
| Mark Boland | 920 North King Street |
| Raja N. Saliba | Wilmington, DE 19801 |
| Michael R. Dzwonczyk | (302) 651-7700 |
| Chidambaram S. Iyer | Farnan@rlf.com |
| SUGHRUE MION, PLLC | |
| 2000 Pennsylvania Ave., NW | *Attorney for Plaintiff Topia Technology, Inc.* |
| Washington, DC 20037 | |
| (202) 293-7060 | |
| mboland@sughrue.com | |
| rsaliba@sughrue.com | |
| mdzwonczyk@sughrue.com | |
| ciyer@sughrue.com | |

Dated: January 20, 2023