# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOPIA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EGNYTE, INC., <br><br> Defendant. | C.A. No.: 21-1821-CJB |

**PLAINTIFF TOPIA TECHNOLOGY, INC.'S MOTION TO STRIKE CERTAIN PORTIONS OF THE REBUTTAL EXPERT REPORT OF PROF. ANDREW WOLFE**

Plaintiff Topia Technology, Inc. ("Topia"), pursuant to Federal Rules of Civil Procedure 16 and 37, hereby moves this Court to strike certain portions of the rebuttal expert report of Prof. Andrew Wolfe offered by Egnyte, Inc., namely[1]:

- Paragraphs 145-155, 195, 199-207, 236-252;
- A portion of paragraph 220;
- EGNYTE_061485 - EGNYTE_061504, cited and appended thereto; and
- All corresponding references to the above in the Table of Contents, Summary of Opinions, and various heading and subheadings of Prof. Wolfe's rebuttal report.

Topia further moves this Court to preclude Prof. Wolfe from testifying as to any aspects of his report that have been stricken.

Topia further moves for this Court to preclude Egnyte from referring to or relying on at trial any aspects of Prof. Wolfe's report that have been stricken.

Pursuant to the Scheduling Order in this case, D.I. 24, Section 9, this motion is supported by the accompanying letter and exhibits and attachments thereto.

---

[1] The specific portions of the report that Topia seeks to strike are highlighted in Attachment A to the accompanying letter in support.

Topia expects to request a teleconference to address this motion to strike.

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> Jessica E. Blau (#7163) |
| Mark Boland <br> Raja N. Saliba <br> J. Warren Lytle, Jr. <br> L. Roman Rachuba <br> Janvi U. Shah <br> SUGHRUE MION, PLLC <br> 2000 Pennsylvania Ave., NW <br> Washington, DC 20037 <br> (202) 293-7060 <br> mboland@sughrue.com <br> rsaliba@sughrue.com <br> jlytle@sughrue.com <br> lrachuba@sughrue.com <br> jshah@sughrue.com | RICHARDS, LAYTON & FINGER <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> blau@rlf.com <br><br> *Attorneys for Plaintiff Topia Technology, Inc.* |

Dated: January 21, 2025