

**PIERSON FERDINAND**

CARL D. NEFF
PARTNER

Office
CSC Station
112 S. French Street
Wilmington, DE 19801

Direct: (302) 482-4244
Email: carl.neff@pierferd.com

January 23, 2025

**VIA-CM/ECF**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE:   *Topia Technology, Inc. v. Egnyte, Inc.*,
            C.A. No. 21-1821-CJB

Dear Judge Burke:

    Defendant Egnyte, Inc. ("Egnyte") writes to the Court seeking guidance on whether Egnyte needs to respond to the letter brief filings of Plaintiff Topia Technology, Inc. ("Topia") this week which appear to be in violation of the Court's Local Rules and Your Honor's Scheduling Orders in this case and, if Egnyte does not to respond to them, what is the schedule for Egnyte's response letter brief.

    In accordance with your Scheduling Orders, all case Dispositive and *Daubert* motions were due this Tuesday, January 21, 2025. D.I. 24, 119, 233, 315, 330, and 347. Egnyte filed one Motion for Partial Summary Judgment and one *Daubert* Motion whose separate supporting memoranda of law total a combined 47 pages. D.I. 352, 254. Topia filed two Motions for Summary Judgment and one *Daubert* Motion all supported by a combined memorandum of law of 48 pages. D.I. 362. All of these filings were completed by the parties by 5:00 p.m. that day. Oppositions will be due February 18th and Replies March 18th, leading to a Hearing before Your Honor on April 9, 2025, at 11:00 a.m. *See* D.I. 330, 347. All, as they say, "well and good."

    However, later last Tuesday, between 10:37 – 10:48 p.m., Topia made additional filings in the form of Letter Briefs raising additional grounds to further strike or limit the testimony of Egnyte's two experts in this case. D.I. 366-371. Topia moves to "strike certain portions of the rebuttal expert report of Prof. Andrew Wolfe on infringement." D. I. 366 (three single-spaced pages). Topia also moves to "strike certain portions of the rebuttal damages report of Mr. Gregory A. Pinsonneault . . . ." D.I. 369 (extending to 4 single-spaced pages).

    Egnyte has initially reviewed all five on Topia's motions and believes them to be factually and legally erroneous and deserving the Court's denials. Topia's filing choices, however, raise initial procedural concerns. Topia's two Letter Briefs, while styled as motions to strike on discovery grounds, are actually additional *Daubert* motions seeking to significantly limit the expected testimony of Egnyte's experts at trial. *See* D.I. 366 and 369. As such, they violate the Court's 50-page limit on all dispositive and *Daubert* motions as their 7 pages, if double spaced,



raise Topia's total submissions to at least 62 pages. *See* D.I. 24 at ¶¶ 7(f)(iii) and 17. The middle of the night filing of Topia's Letter Briefs also makes them late. *See* Revision to Electronic Case Filing Policies and Procedures dated August 16, 2022.

      Beyond taking more time and space than that to which it is entitled, Topia's actions significantly prejudice Egnyte's ability to respond to and oppose Topia's styled summary judgment and *Daubert* motions. Opposition briefs are due over the next 28 days on February 18, 2025. *See* D.I. 330, 347. The response time on Letter Briefs, however, requires a seven-day response time, three-day reply time, and then potential hearing on short timing. *See* D.I. 24 at ¶ 9. Egnyte's compliance with the latter would significantly disrupt and prejudice its ability to perform the former. Additionally, Egnyte should not only have seven days to respond to some of Topia's *de facto Daubert* attacks when the Court has allowed 28 days for such oppositions.

      Given Topia's clear violation of the Court's Scheduling Order and Local Rules, Egnyte requests that the Court exercise its case management authority to address Topia's improper filings by denying the letter briefs as a violation of the Court's Scheduling Order and Local Rules. In the event that the Court allows the letter briefs, then Egnyte asks for the Court's guidance on how Egnyte should proceed with its response letter brief.

Respectfully submitted,

*/s/ Carl D. Neff*

Carl D. Neff (No. 4895)

cc:    All Counsel of Record (Via-CM/ECF)