# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOPIA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EGNYTE, INC., <br><br> Defendant. | C.A. No.: 21-1821-CJB |

**PLAINTIFF TOPIA TECHNOLOGY, INC.'S RULE 7.1.1 STATEMENT REGARDING ITS MOTION TO STRIKE CERTAIN PORTIONS OF THE <u>REBUTTAL EXPERT REPORT OF PROF. ANDREW WOLFE</u>**

Pursuant to Local Rule 7.1.1, the undersigned certifies that a reasonable effort was made to reach agreement with Defendants on the matters set forth in the Motion filed at D.I. 365, but no agreement was reached by the parties. The parties met and conferred most recently on January 10, 2025, and Topia Technology, Inc.'s failure to include a 7.1.1 statement initially was an oversight.

OF COUNSEL:

Mark Boland
Raja N. Saliba
J. Warren Lytle, Jr.
L. Roman Rachuba
Janvi U. Shah
SUGHRUE MION, PLLC
2000 Pennsylvania Ave., NW
Washington, DC 20037
(202) 293-7060
mboland@sughrue.com
rsaliba@sughrue.com
jlytle@sughrue.com
lrachuba@sughrue.com
jshah@sughrue.com

Dated: January 24, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Jessica E. Blau (#7163)
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
blau@rlf.com

*Attorneys for Plaintiff Topia Technology, Inc.*